```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JUAN MARIN,

Defendant.

---

No. 87-CR-641/89-CR-1028(RA)

ORDER

RONNIE ABRAMS, United States District Judge:

A status conference is scheduled for Thursday June 24, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: June 22, 2021
New York, New York

_____
Ronnie Abrams
United States District Judge