USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JUAN MARIN,

Defendant.

No. 87-CR-641/89-CR-1028

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the Bureau of Prisons ensure that Mr. Marin receive proper medical attention and be seen by a specialist in renal disease and/or kidney cancer as soon as possible. Mr. Marin has been previously diagnosed with kidney cancer and has already had one kidney removed. The Court has been informed that recent blood test results have shown that his creatine levels are high and as a result, he should be continuously monitored for his creatine levels to ensure that the cancer has not returned.

In addition, Mr. Marin has a broken tooth that must be addressed by a dentist to alleviate the pain.

SO ORDERED.

Dated: June 24, 2021
New York, New York

Ronnie Abrams
United States District Judge