UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

JUAN JOSE MARIN,

                   Defendant.

-----------------------------------------------------------X

87 cr 641

No. 89 Cr. 1028 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 20, 2021, this Court imposed a sentence of time served on Juan Jose Marin (U.S.M #17786-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:     December 20, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge